#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                      Civil Action No. 10-CV-209

ELIZABETH J. HOPKINS,
KBH TRANSPORT, and
ELIZABETH J. HOPKINS, Partner           **VOLUNTARY DISMISSAL**
KBH TRANSPORT,

        Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff, UNITED STATES OF AMERICA, hereby dismisses without prejudice the above-captioned action without costs to either party.

Dated: April 28, 2010

                                                  RICHARD S. HARTUNIAN
                                                  United States Attorney
                                                  P.O. Box 7198
                                                  100 South Clinton Street
                                                  Syracuse, New York 13261-7198

IT IS SO ORDERED:                           /S

_____             _____
David E. Peebles                                   Charles E. Roberts
U.S. Magistrate Judge                         Assistant U.S. Attorney
Dated: April 29, 2010                         Bar Roll No. 102454
      Syracuse, NY